**DISMISS and Opinion Filed April 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01162-CV

**ELVIS E. JONES AND FANNIE SHADENA JONES, Appellants**
**V.**
**DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT,**
**DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,**
**DALLAS COUNTY SCHOOL EQUALIZATION FUND,**
**DALLAS INDEPENDENT SCHOOL DISTRICT, AND**
**CITY OF DALLAS, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-21-00214**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal. We grant the

motion and dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211162F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ELVIS E. JONES AND FANNIE SHADENA JONES, Appellants

No. 05-21-01162-CV     V.

DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS, Appellees

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. TX-21-00214. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITHOUT PREJUDICE**.

It is **ORDERED** that appellees DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS recover their costs of this appeal from appellants ELVIS E. JONES AND FANNIE SHADENA JONES.

Judgment entered April 12, 2022